**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 07-cv-00212-JLK-PAC

ATLANDIA IMPORTS, INC. d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

SHERPA MOUNTAIN IMPORT COMPANY, a Montana Corporation d/b/a EVEREST DESIGN and JOHN DOES NOS. 1 – 5.

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (doc. #12), filed May 3, 2007.  The motion is GRANTED.

This case is DISMISSED WITH PREJUDICE, each party to bear its own attorney fees and costs.

DATED: May 3, 2007

                                            BY THE COURT:

                                            ***S/John L. Kane***
                                            John L. Kane, Senior Judge
                                            United States District Court